# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00605-CR

**Phillip Beaty, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-15-302682, HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Phillip Beaty has filed a motion to dismiss this appeal. The motion is signed by Beaty and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: October 7, 2016

Do Not Publish